IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: AURORA FOODS INC., et al., <br><br> Debtors. | ) <br> ) <br> ) <br> ) C.A. NO. 04-166 GMS <br> ) |
| R$^2$ TOP HAT, LTD., <br><br> Appellant, <br><br> v. <br><br> AURORA FOODS INC. and SEA COAST FOODS, INC., <br><br> Appellees. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEAL

Notice is hereby given that R$^2$ Top Hat, Ltd., Appellant in the above-captioned appeal, hereby appeals pursuant to Fed. R. App. P. 6(b) to the United States Court of Appeals for the Third Circuit from an order of the United States District Court for the District of Delaware (a) affirming the February 20, 2004 Order of the Bankruptcy Court confirming the Debtors' First Amended Joint Reorganization Plan, and (b) affirming the February 27, 2004 Order of the Bankruptcy Court granting the Debtors'/Defendants' motion for summary judgment and dismissing the adversary proceeding captioned R$^2$ Top Hat, Ltd. v. Aurora Foods, Inc. and Sea Coast Foods, Inc., Adv. Proc. No. 04-51338, entered in this action on the 19th day of December, 2006.

DEL1 65393-3

Dated:  Wilmington, Delaware
        January 10, 2007

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS, LLP

By: /s/ Steven K. Kortanek
Steven K. Kortanek (Del. Bar No. 3106)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Tel:  302-426-1189
Fax:  302-426-9194

- and -

BROWN RUDNICK BERLACK ISRAELS LLP

Edward S. Weisfelner, Esq.
Andrew Dash, Esq.
Peter Adelman, Esq.
Seven Times Square
New York, NY  10036
Tel:  212-209-4800
Fax:  212-209-4801

*Attorneys for $R^2$ Top Hat, Ltd.*

2