IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: AURORA FOODS INC., et al., <br><br> Debtors. | ) ) ) ) C.A. NO. 04-166 GMS ) ) |
| R² TOP HAT, LTD., <br><br> Appellant, <br><br> v. <br><br> AURORA FOODS INC. and SEA COAST FOODS, INC., <br><br> Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

I, Steven K. Kortanek, hereby certify that on this 10th day of January 2007, I caused one copy of the foregoing **Notice of Appeal** to be served upon the parties listed on the attached service in the form and manner indicated thereto.

*Steven K. Kortanek*
Steven K. Kortanek (Del. Bar No. 3106)

DEL1 65393-3

**_Fax & US Postal Service_**
J. Gregory Milmoe, Esq.
Sally McDonald Henry, Esq.
Skadden, Arps, Slate, Meagher &
   Flom LLP
Four Times Square New York, New York 10036

**_Hand Deliver_**
Eric M. Davis, Esq.
Robert A. Weber, Esq.
Skadden, Arps, Slate, Meagher &
   Flom LLP
One Rodney Square
Wilmington, Delaware 19801

**_Fax & US Postal Service_**
Steven R. Gross, Esq.
Carl Micarelli, Esq.
James B. Roberts, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

**_Hand Deliver_**
Laurie Selber Silverstein, Esq.
Elihu E. Allinson, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801

**_Fax & US Postal Service_**
Peter Pantaleo, Esq.
Bryce L. Friedman, Esq.
Richard W. Douglas, Esq.
Simpson Thacher and Bartlett LLP
425 Lexington Avenue
New York, NY 10017

DEL1 65393-3