# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

07-1093

In Re: Aurora Foods, et al

04-cv-00166

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party at the direction of the Court. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

cc:

Andrew Dash
Brown Rudnick Berlack Israels
7 Times Square
New York, NY 10036-0000

Eric M. Davis
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square

P.O. Box 636
Wilmington, DE 19899-0000

Sally M. Henry
Skadden, Arps, Slate, Meagher & Flom
4 Times Square
New York, NY 10036-0000

Steven K. Kortanek
Womble, Carlyle, Sandridge & Rice
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801-0000

Robert A. Weber
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0000

Edward S. Weisfelner
Brown Rudnick Berlack Israels
7 Times Square
New York, NY 10036-0000


 Dated:  May 13, 2008